# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IAN A. WOODS,

     Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT, et al.,

     Defendants.

Case No. 2:13-cv-01314-APG-CWH

**ORDER**

     On July 29, 2013, the court ordered plaintiff to pay an initial partial filing fee [Dkt. #2].
Plaintiff has not complied with the court's order within the allotted time.

     IT IS THEREFORE ORDERED that this action is **DISMISSED** for plaintiff's failure to pay
the initial partial filing fee.  The clerk of the court shall enter judgment accordingly.

     IT IS FURTHER ORDERED that an appeal from the dismissal of this action would not be
taken in good faith.

     DATED:   October 8, 2013.

_____
ANDREW P. GORDON
United States District Judge