**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| IAN A. WOODS,            )<br>                                          )<br>                    Plaintiff,     )<br>                                          )<br>vs.                                  )<br>                                          )<br>R. QUINTANA,             )<br>                                          )<br>                    Defendant.  )<br>_____) | Case No.  2:13-cv-01314-APG-CWH<br><br>**ORDER** |

      Presently before the Court is Plaintiff Ian A. Woods's Motion to Extend Copy Work Limit (ECF No. 36).  Plaintiff requests that the Court extend his copy work account limit by $50.00.  According to Plaintiff, good cause exists to extend his copy work limit because he has exceeded his prison copy limit of $100.00 and the additional $50.00 is necessary to make copies of motions that he is required to serve on the Defendant in this case.  Plaintiff, who is proceeding *in forma pauperis*, further argues he cannot afford to pay for copies.

      Under NDOC Administrative Regulation 722.01(7), copies of legal documents may be made for inmates for a nominal fee.  Inmates "can only accrue a maximum of $100 debt for copy work expenses for all cases, not per case."  NDOC Regulation 722.01(7)(D).  However, a court may "order a prison to provide limited photocopying when it is necessary for an inmate to provide copies to the court and other parties."  *Allen v. Clark Cnty. Det. Ctr.*, 2:10-CV-00857-RLH-GWF, 2011 WL 886343, *2 (D. Nev. Mar. 11, 2011).

      Here, the Court finds that there is good cause to extend Plaintiff's copy work limit, but will order that the limit only be extended by $10.00 at this time.  If Plaintiff exhausts the $10.00 and requires additional funds to serve the Defendant in this case, Plaintiff may file a motion requesting an additional extension of his copy work limit.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Extend Copy Work Limit (ECF No. 36) is GRANTED in the amount of $10.00. The Nevada Department of Corrections must extend Plaintiff's prison copy work limit by another $10.00.

DATED: September 3, 2015.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**