# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| IAN A. WOODS, | ) | |
| Plaintiff, | ) | Case No. 2:13-cv-01314-APG-CWH |
| vs. | ) | **ORDER** |
| R. QUINTANA, | ) | |
| Defendant. | ) | |

Presently before the Court is Defendant Ronald Quintana's Motion to Extend the Dispositive Motion Deadline (ECF No. 72), filed on April 21, 2016.

On April 15, 2016, the Court extended the dispositive motions deadline to May 18, 2016. (Order (ECF No. 70).)  The same day, Plaintiff filed a motion for leave to amend his complaint (ECF No. 71).  Defendant now moves for an additional 60-day extension of the dispositive motions deadline to allow adequate time for briefing on Plaintiff's motion to amend.  Having reviewed and considered Defendant's motion, and good cause appearing,

IT IS ORDERED that Defendant Ronald Quintana's Motion to Extend Dispositive Motions Deadline (ECF No. 72) is GRANTED.  The dispositive motions deadline is extended to July 18, 2016.

DATED: April 25, 2016.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**